## OFFICE OF THE DISTRICT ATTORNEY
## WESTCHESTER COUNTY



WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000



RECEIVED
IN CHAMBERS

2008

MARK D. FOX
USMJ SDNY

**JANET DiFIORE**
DISTRICT ATTORNEY

February 7, 2008

Hon. Mark D. Fox
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Marcos De Los Santos v. Ercole, Superintendent
    07 Civ. 7569 (KMK)(MDF)

Your Honor:

Pursuant to the Court's Rule 4 Order of November 20, 2007, respondent's answer is due by February 18, 2008. Due to numerous other matters presently pending, as well as scheduling and problematic staffing issues, it is necessary that we request an extension of time in order to adequately respond to the allegations of the petition.

We request that respondent's time to answer be enlarged to March 18, 2008.

No prior request for such relief has been made. Thank you for your consideration of this matter.

Very Truly Yours,

JANET DiFIORE
District Attorney

Joseph M. Latino
Assistant District Attorney

cc: Marcos De Los Santos
    97 A 5440
    Green Haven Correctional Facility
    Stormville NY 12582

2/11/08  APPLICATION GRANTED
         So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York